UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIAN T. SULLIVAN | ) | CASE NO. 04-317 |
| | ) | |
| Plaintiff | ) | JUDGE KENT A. JORDAN |
| | ) | |
| -vs- | ) | |
| | ) | MOTION FOR ADMISSION |
| NEUBERGER BERMAN TRUST | ) | PRO HAC VICE OF |
| COMPANY OF DELAWARE | ) | JEFFREY S. DUNLAP |
| individually and as predecessor trustee | ) | |
| of the GAMCREFK TRUST and | ) | |
| ALAIN KODSI | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeffrey S. Dunlap to represent Alain Kodsi in this matter.

Signed: _____

Morris, James, Hitchens & Williams LLP
P. Clarkson Collins, Jr. (#739)
Katherine J. Neikirk (#4129)
222 Delaware Avenue, P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Attorneys for Defendant Alain Kodsi

Date: December 7, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIAN T. SULLIVAN | ) | CASE NO. 04-317 |
| | ) | |
| Plaintiff | ) | JUDGE KENT A. JORDAN |
| | ) | |
| -vs- | ) | |
| | ) | |
| | ) | CERTIFICATION BY COUNSEL |
| NEUBERGER BERMAN TRUST | ) | TO BE ADMITTED PRO HAC |
| COMPANY OF DELAWARE | ) | VICE OF JEFFREY S. DUNLAP |
| individually and as predecessor trustee | ) | |
| of the GAMCREFK TRUST and | ) | |
| ALAIN KODSI | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Signed: *Jeffrey S. Dunlap*
Date: 12/1/05

Jeffrey S. Dunlap (Ohio Bar 0067923)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street – Suite 1100
Cleveland, Ohio 44113-1448
Tel (216) 583-7000
Fax (216) 583-7001
jdunlap@ulmer.com

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIAN T. SULLIVAN | ) | CASE NO. 04-317 |
| | ) | |
| Plaintiff | ) | JUDGE KENT A. JORDAN |
| | ) | |
| -vs- | ) | |
| | ) | ORDER GRANTING MOTION |
| NEUBERGER BERMAN TRUST | ) | FOR ADMISSION PRO HAC VICE |
| COMPANY OF DELAWARE | ) | OF JEFFREY S. DUNLAP |
| individually and as predecessor trustee | ) | |
| of the GAMCREFK TRUST and | ) | |
| ALAIN KODSI | ) | |
| | ) | |
| Defendants | ) | |

      IT IS HEREBY ORDERED Jeffrey S. Dunlap's Motion for Admission Pro Hac Vice is granted.

Date: _____      _____
                                                               UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

      A copy of the foregoing Motion for Admission Pro Hac Vice of Jeffrey S. Dunlap was served upon, by regular U.S. mail, this 7th day of December 2005, the following:

Lisa C. McLaughlin, Esq.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

David H. Latham, Esq.
Law Offices of David H. Latham
150 North Wacker Drive
Suite 1400
Chicago, IL 60606
(312) 782-1910

Attorneys for Plaintiff Brian T. Sullivan

                                                                       _____
                                                                       One of the Attorneys for Defendants

1519116.1