IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIAN T. SULLIVAN, :
:
      Plaintiff, :
:
v. : Case No.: 04-317
:
NEUBERGER BERMAN TRUST COMPANY OF : Jury Trial Demanded
DELAWARE, individually and as predecessor :
trustee of the GAMCREFK TRUST and :
ALAIN KODSI, :
:
      Defendant. :

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiff Brian T. Sullivan and Defendants Neuberger Berman Trust Company of Delware, individually and as predecessor trustee of the Gamcrefk Trust and Alain Kodsi, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/ own costs and fees. The parties request that the Clerk of Court now close this case.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
Lisa C. McLaughlin, Esquire #3113
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

MORRIS, NICHOLS, ARSHT & TUNNEL

_____
Thomas Reed Hunt, Esquire (#466)
Thomas W. Briggs, Jr. Esquire (#4076)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for Defendant,
Neuberger Berman Trust Company of
Delaware

MORRIS JAMES LLP

*/s/ Katherine J. Neikirk*
_____
P. Clarkson Collins, Jr., Esquire (Bar I.D. #739)
Katherine J. Neikirk, Esquire (Bar I.D. #4129)
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
pcollins@morrisjames.com
kneikirk@morrisjames.com
Attorneys for Defendant, Alain Kodsi